

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00061-CR
### No. 10-24-00062-CR

**ISIAH SCOTT,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 87th District Court
### Leon County, Texas
### Trial Court Nos. 21-0007CR and 22-0120CR

## MEMORANDUM OPINION

In each of these cases, Isiah Scott filed a notice of appeal from the trial court's denial of his motion for new trial by operation of law.

Appeals in criminal cases are permitted only when they are specifically authorized by statute. *State ex rel. Lykos v. Fine*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011) (orig. proceeding). "The standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law." *Abbott v. State*, 271

S.W.3d 694, 696–97 (Tex. Crim. App. 2008). An order denying a motion for new trial is not a separately appealable order. *Torres v. State*, No. 12-22-00004-CR, 2022 WL 399140, at *1 (Tex. App.—Tyler Feb. 9, 2022, no pet.) (per curiam) (mem. op., not designated for publication); *Hernandez v. State*, No. 03-11-00673-CR, 2012 WL 254606, at *3 (Tex. App.—Austin Jan. 25, 2012, no pet.) (mem. op., not designated for publication); *Billiot v. State*, No. 02-11-00298-CR, 2011 WL 4469232, at * 1 (Tex. App.—Fort Worth Aug. 30, 2011, pet. ref'd) (per curiam) (mem. op., not designated for publication).

Accordingly, we dismiss these appeals for want of jurisdiction.


MATT JOHNSON
Justice


Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed March 7, 2024
Do not publish
[CRPM]

